## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | :| |
|---|---|---|
| DARWIN F. TORRES, | : | |
| | : | Civil Action No. 25-15447 (BRM) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| KENNETH GENALO, et al., | : | |
| | : | |
| Respondents. | : | |

**MARTINOTTI, DISTRICT JUDGE**

This matter comes before the Court upon Respondents letter request for an extension of time to file an answer (ECF No. 19) to Darwin F. Torres' ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 (ECF No. 1). The Court having considered the request, and for good cause shown,

**IT IS** on this ___ day of November 2025,

**ORDERED** that Respondent's motion for a seven (7) day extension of time to file an answer (ECF No. 19) is **GRANTED**; it is further

**ORDERED** that Respondent shall file an answer no later than November 14, 2025; and it is further

**ORDERED** within five (5) days of receipt of the answer, Petitioner may file a reply to the answer; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**